**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Cr. No. 06-246(HHK)** |
| | **:** | |
| **Carl Miller & Andre Randle** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**ORDER**

Upon consideration of the Government's Motion to Introduce Evidence of Other Crimes, and any opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that, pursuant to Fed. R. Evid. 404(b), the Government may elicit evidence of defendant Randle's convictions for: 1) delivery of less than one gram of cocaine within 1000 feet of a school in case 30158; 2) delivery of less than one gram of cocaine within 1000 feet of a school in case 30160; and 3) possession of more than one gram but less than four grams of cocaine in case 27368.

_____
HENRY H. KENNEDY, JR.
United States District Court Judge