**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **United States**          ) | |
| ) | **CRIMINAL NO.  06-cr-246-HHK** |
| **v.**          ) | |
| ) | |
| **Carl Miller**          ) | |
| _____) | |

**MOTION TO WITHDRAW**

Attorney Jenifer Wicks respectfully moves, pursuant to LCrR 44.5 and the District of Columbia Rules of Professional Conduct, for leave of this Honorable Court to withdraw as counsel for the Defendant in this matter.  In support of this motion, counsel states the following:

1. Counsel was retained by the defendant's family to represent him in this matter.

2. A matter has arisen recently and counsel has determined that she has a professional conflict of interest that will interfere with her ability to effectively represent Mr. Miller in this matter.

3. Given the nature of the conflict, counsel has not discussed this matter with Mr. Miller.  Rule 1.6.  Undersigned counsel has sent a copy of this motion to Mr. Miller.

4. Undersigned counsel's withdrawal is mandated by the Rules.

5. Likewise, counsel is conflicted from further representation on behalf of Mr. Miller, so further complying with obligations on his behalf are mared by this conflict.  Counsel therefore requests that his court set a status hearing for ascertainment of counsel in this matter.

WHEREFORE, for the foregoing reasons as well as any additional reasons deemed meritorious by the Court, counsel requests leave to withdrawal as counsel for the defendant.

Respectfully submitted,

_____/s/_____
JENIFER WICKS
DC Bar # 465476
The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100