# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States**        ) | |
|        ) | **CRIMINAL NO.  06-cr-246-HHK** |
|    **v.**       ) | |
|        ) | |
| **Carl Miller**       ) | |
| _____) | |

## ORDER

Upon consideration of the Motion to Withdrawal and counsel's assertions therein and for good cause shown, it is this _____ day of _____, 2006 hereby

ORDERED that the parties are to appear on _____ at _____ for ascertainment of counsel in this matter.

_____