UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-246(HHK) |
| | : | |
| v. | : | |
| | : | |
| CARL MILLER | : | |
| ANDRE RANDLE | : | |
| Defendant | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Anthony Scarpelli, telephone number (202) 353-1679 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Anthony Scarpelli
Assistant United States Attorney
Organized Crimes and Narcotics Trafficking
555 4th Street, NW   Room 4816
Washington, DC 20530
(202) 353-1679