IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : No. 06-cr-00246-002 (HHK) |
| ANDRE L. RANDLE, et al. | : |
| DEFENDANT | : |

**CONSENT MOTION TO CONTINUE STATUS HEARING**

ANDRE L. RANDLE, defendant, by Kenneth D. Auerbach, his counsel, moves for an order continuing the Status Hearing scheduled for February 8, 2007, and states:

1. Andre L. Randle and codefendant Carl Miller were arrested on August 15, 2006 and charged in a one count indictment alleging possession with intent to distribute 5 kilograms or more of cocaine (21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(ii), and 18 U.S.C. § 2). Undersigned counsel and counsel for co-defendant Miller were appointed on January 11, 2007 to replace predecessor counsel.

2. Counsel has reviewed the discovery material provided to his predecessor, which included a cd-rom containing a large number transcripts of recorded conversations most of which did not involve Randle; however, as this case is part of another prosecution occurring in Texas, counsel has had to review all of the transcripts to try to figure out 'what's what' (event chronology) and most importantly 'who's who.' This process has taken longer than expected and counsel has not had an adequate opportunity to discuss this case with his client. Inasmuch as the consequences of this case for Andre L. Randle are quite severe, counsel believes it essential to make sure that any decision in this case is

fully informed and thoroughly vetted. Because of the multi-jurisdictional aspect of this case, counsel believes that a short continuance would be essential for Randle's making an informed decision about the case.

     3. AUSA Anthony Scarpelli has informed counsel that he has no objection to the granting of this motion and has informed undersigned that counsel for codefendant also does not oppose the granting of this motion.

     For the reasons discussed, Andre L. Randle, through counsel, and with the consent of all parties, moves to continue the Status Hearing now scheduled for February 8, 2007 to a date convenient to the court and the parties.

## POINTS AND AUTHORITIES

1. Fed. Crim. Pro. R. 12.

                                Respectfully submitted,

                                /ss/ Kenneth D. Auerbach
                                Kenneth D. Auerbach
                                D.C. Bar No. 370469
                                8720 Georgia Avenue, Ste 704
                                Silver Spring, Maryland 20910
                                (301)585-5566

                                Counsel to Andre L. Randle

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this paper was served on all parties by the electronic filing system of the United States District Court for the District of Columbia on February 5, 2007.

                                Kenneth D. Auerbach

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| v. | : No. 06-cr-00246-002 (HHK) |
| **ANDRE L. RANDLE, et al.** | : |
| **DEFENDANT** | : |

### ORDER

THE COURT, having considered CONSENT MOTION TO CONTINUE STATUS HEARING, and the reasons therefor;

**Ordered**, that the motion is and shall be **granted**;

**Further Ordered**, that Clerk is directed to reschedule the Status Hearing in this matter.

_____
Henry H. Kennedy, Judge
United States District Court for the District of Columbia